1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
3 | Sacramento, CA 95814
Telephone: (916) 448-8600
4 | Facsimile: (916) 448-8605

5 | Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ARTHUR PRINCE | ) | Case No. CIV-07-239 GGH |
| xxx-xx-8244 | ) | |
| | ) | STIPULATION AND ORDER |
| Plaintiff, | ) | EXTENDING PLAINTIFF'S TIME TO |
| | ) | FILE MEMORANDUM IN SUPPORT |
| v. | ) | OF SUMMARY JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE | ) | |
| Commissioner of Social Security | ) | |
| of the United States of America, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from October 18, 2007 to November 30, 2007.   This is plaintiff's first request for an extension and is required due to plaintiff's counsel's very heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: October 9, 2007   */s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff


Dated:   October 10, 2007   McGregor W. Scott

United States Attorney


By: */s/ Donna Montano*
DONNA MONTANO

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED: 10/16/07   /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

prince.eot

2