IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR PRINCE,

    Plaintiff,                              CIV S-07-0239  GGH

    vs.

MICHAEL J. ASTRUE,                       <u>ORDER</u>
Commissioner of Social Security,

    Defendant.
_____/

        Defendant's December 31, 2007, motion for extension of time to file a response to plaintiff's motion for summary judgment is hereby granted. Defendant's response is due January 30, 2008.

Dated: 01/16/08                              /s/ Gregory G. Hollows
                                                                United States Magistrate Judge

princeeot2

1