1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   DONNA M. MONTANO
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8985
      Facsimile:  (415) 744-0134
7     E-Mail: Donna.m.montano@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                        **SACRAMENTO DIVISION**

12 ARTHUR PRINCE,                    )
                                     )   CIVIL NO. 2:07-CV-00239-GGH
13         Plaintiff,                )
                                     )   STIPULATION AND ORDER OF
14         v.                        )   VOLUNTARY REMAND AND DISMISSAL
                                     )   OF CASE, WITH DIRECTIONS TO CLERK
15 MICHAEL J. ASTRUE,                )   TO ENTER JUDGMENT
   Commissioner of                   )
16 Social Security,                  )
                                     )
17         Defendant.                )
18 _____    )

19       IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the

20 approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this

21 case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

22       On remand the ALJ will remove pages 216-236 from the administrative record, as these records

23 do not pertain to claimant, but to another individual.  The ALJ will update the evidence from treating

24 sources to clarify the severity of claimant's mental and physical impairments. The ALJ will update the

25 record with medical source statements from psychological and internal medical consultative

26 examinations, with psychological testing.  The ALJ will re-evaluate DA&A and the issue of materiality

27 pursuant to 20 C.F.R. § 416.935.  The ALJ will obtain testimony from a medical expert specializing in

28 psychology to clarify the severity of claimant's impairments, *and if possible determine the severity,* with

and without DA&A; re-evaluate all of the medical source statements of record, re-evaluate claimant's credibility, and re-evaluate the mother's testimony pursuant to Social Security Ruling 06-3p. The ALJ will re-evaluate claimant's residual functional capacity pursuant o SSR 96-8p; re-evaluate the claimant's physical impairments; re-evaluate claimant's mental impairments pursuant to 20 C.F.R. § 416.920a; and obtain vocational expert testimony at step five of the sequential evaluation.

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

Dated: January 30, 2008     /s/ Bess Helena Brewer
                            (As authorized via telephone)
                            BESS HELENA BREWER
                            Attorney for Plaintiff

Dated: January 30, 2008     McGREGOR W. SCOTT
                            United States Attorney
                            LUCILLE GONZALES MEIS
                            Regional Chief Counsel, Region IX
                            Social Security Administration

                            /s/ Donna M. Montano
                            DONNA M. MONTANO
                            Special Assistant U.S. Attorney

                            Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: 02/20/08             /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE

prince.rem