1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   DONNA M. MONTANO, CSBN 165628
4  Special Assistant United States Attorney
   333 Market Street, Suite 1500
5  Telephone: (415) 977-8985
   Facsimile: (415) 744-0134
6  San Francisco, California 94105

7  Attorneys for Defendant

8  BESS M. BREWER, #100364
   LAW OFFICE OF
9  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
10 Sacramento, CA 95814
   Telephone: (916) 448-8600
11 Facsimile: (916) 448-8605

12 Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR PRINCE<br>xxx-xx-8244<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security<br>of the United States of America,<br><br>Defendant. | Case No. CIV-07-239 GGH<br><br>STIPULATION AND ORDER<br>SETTLING ATTORNEY'S FEES<br>PURSUANT TO THE EQUAL ACCESS<br>TO JUSTICE ACT, 28 U.S.C. §2412(d) |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that counsel for Plaintiff, as Plaintiff's assignee, be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FIVE THOUSAND, ONE HUNDRED DOLLARS ($5,100.00) FOR COMPENSATION FOR LEGAL SERVICES RENDERED ON Plaintiff'S behalf, pursuant to 28 U.S.C. §2412 (d), thereby constituting a compromise settlement

1  for all fees under the EAJA in this action.

2       This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees,
3  and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of
4  fees in the amount of FIVE THOUSAND, ONE HUNDRED DOLLARS ($5,100.00) shall constitute
5  a complete release from and any bar to any and all claims of Plaintiff's counsel relating to EAJA fees
6  in connection with this action, without prejudice to any future request for fees under the Social Security
7  Act, 42 U.S.C. § 406(b).

8  Dated: March 18, 2008      */s/Bess M. Brewer*
    BESS M. BREWER
9      Attorney at Law

10     Attorney for Plaintiff

12 Dated: March 18, 2008      McGregor W. Scott
13     United States Attorney

15     By: */s/ Donna Montano*
    DONNA MONTANO
16     Special Assistant U.S. Attorney
17     Social Security Administration

19     Attorney for Defendant

**ORDER**

23 APPROVED AND SO ORDERED.

24 DATED: March 31, 2008      GREGORY G. HOLLOWS
    GREGORY G. HOLLOWS
    U.S. MAGISTRATE JUDGE

2